In the Matter of the Accounting of TITLE GUARANTEE AND TRUST COMPANY, as Executor of WILLIAM BUCHANAN, Deceased, Respondent.

WILLIAM H. BUCHANAN et al., Appellants; CHARLES L. BUCHANAN et al., Respondents.

*Matter of Title Guarantee & Trust Co.*, 159 App. Div. 803, affirmed. (Argued June 2, 1914; decided June 16, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1914, which modified and affirmed as modified a decree of the New York County Surrogate's Court construing the will of William Buchanan, deceased.

*Edward R. Greene* and *Thomas Garrett, Jr.,* for appellants.

*David T. Davis, George G. Schreiber* and *William B. Symmes, Jr.,* for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.

———

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.* THE METROPOLITAN SURETY COMPANY, Defendant.

In the Matter of the H. B. SMITH COMPANY, Appellant, *v.* JOHN F. YAWGER, as Receiver of the METROPOLITAN SURETY COMPANY, Respondent.

(Submitted June 1, 1914; decided June 16, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 211 N. Y. 107.)